

FILED

04/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0064

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 20-0064

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RONALD ALAN HUMMEL,

     Defendant and Appellant.

FILED

APR 2 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 3, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 28th day of April, 2020.

Chief Justice